**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RICHARD LEWIS and CHRISTINA LEWIS**<br>*Plaintiffs*,<br><br>v.<br><br>**BOROUGH OF CONSHOHOCKEN, ET AL.**<br>*Defendants*. | **CIVIL ACTION NO. 25-5257** |

**ORDER RE: MOTION FOR SUMMARY JUDGMENT**

**AND NOW**, this 16th day of June 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF 35), Plaintiffs' Response in Opposition (ECF 39), and Defendant's Reply thereto (ECF 40), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 35) is **GRANTED** on all Counts of Plaintiffs' Amended Complaint.  Judgment shall be entered in favor of Defendant Borough of Conshohocken and against Plaintiff in this case.

The Clerk of Court shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON, J.

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-5257 Lewis v Conshohocken\25-5257 - Order re MSJ.docx

1